## SETTLEMENT AGREEMENT

Pursuant to the mediation conference held on this the 21st day of April, 2016 the parties have agreed to the following terms:

Defendant agrees to pay the Plaintiff(s) the following sums to resolve all FSA / unpaid wage claims filed against the D's in Case No: Germain v. Granny Nannies et al Case # 3:15-CV-00324 and Tait v. Granny Nannies et al.

- Defendant, Myhylanders, LLC will pay the Pl. St Germain the sum of $15,000 by 5/4/2016 to fully resolve her unpaid wage claims.

- Defendant, Myhylanders, LLC will pay Pl. Tait the sum of $4,000 to fully resolve her claim for unpaid wages by 5/4/16.

- Defendant Myhylanders, LLC will pay Plaintiff's Attorney JJ Talbott the sum of $23,325 as fees + costs — to be paid by 6/1/2016

- Defendant will draft a support joint motion to approve settlmt

- Plaintiff, St. Germain to recover dismiss claim for retaliation discharge — D not settled - no fees or costs.



_____

_____

DATED at Pensacola, Florida, this 22nd day of April, 2016.

_[signature: Elizabeth A. Germain]_  
Plaintiff

_[signature]_  
Plaintiff

_[signature]_  
Attorney for Plaintiff

Brian H. Kirkland  
Kirkland & McGhee, P.A.  
1801 North 9th Avenue  
Pensacola, FL 32503  
(850) 332-6120  
Florida Bar #: 946941  
Mediator #: 15343R

_[signature: Lynda Hyland]_  
Defendant  
Lynda Hyland as Managing Member for Myhylanders Eldercare LLC

_[signature]_  
Defendant

_[signature]_  
Attorney for Defendant   John B. Trawick